■ JAMES F. McMANUS, Appellant, v. EVELYN C. RYAN et al., Individually and as Copartners Doing Business under the Name of HEMPSTEAD TRAVEL BUREAU, et al., Respondents.— Appeal from an order dismissing the complaint for insufficiency (Rules Civ. Prac., rule 106, subd. 4), with leave to plead over. In 1954 appellant established two travel agencies in Nassau County, in which county respondents were already conducting their own agency. Appellant brought this action against respondents to, *inter alia,* recover damages for allegedly unlawfully inducing all airlines to withhold from him all agency appointments from 1954 onward. The complaint was dismissed on the ground that the acts complained of were not unlawful, as respects such a service business, prior to the amendment of section 340 of the General Business Law (the Donnelly Act) by chapter 893 of the Laws of 1957. Order reversed, with $10 costs and disbursements, and motion denied, with leave to respondents, if they be so advised, to serve an answer within 10 days after the entry of the order hereon. The statute, prior to the 1957 amendment, prohibited the acts complained of at the time they were alleged to have occurred (*Manhattan Storage & Warehouse Co.* v. *Movers & Warehousemen's Assn. of Greater N. Y.,* 262 App. Div. 332, revd. on other grounds 289 N. Y. 82; *Pleaters, Stitchers & Embroiderers Assn.* v. *Jaffe Pleating Co.,* 176 Misc. 411; *De Neri* v. *Gene Louis Inc.,* 261 App. Div. 920, mod. on other grounds 288 N. Y. 592). Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur. [10 Misc 2d 528.]

■ CARMELA MONEA, as Assignee of TELE KING CORP., Respondent, v. REFRIGERATION CORPORATION OF AMERICA, Appellant.— In an action by an assignee of a claim for goods sold and delivered, the appeal is from so much of an order of the City Court of White Plains as denied a motion to set aside the service of the summons on the grounds that (1) service was not made upon a proper officer of the corporation and (2) the action is not within the jurisdiction of the City Court of White Plains (Civ. Prac. Act, §§ 184-a, 228, subd. 8; White Plains City Court Act, § 204). Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ ANN B. NEWBURGER, Respondent, v. ANDREW M. NEWBURGER, Appellant.— In an action by a wife for separation, wherein her husband interposed counterclaims for annulment and separation, the appeal is from so much of an order as awards temporary alimony of $200 a week and a counsel fee of $10,000. Order modified by striking from the second ordering paragraph the words and figure "Ten Thousand ($10,000)" and by substituting therefor the words and figure "Five Thousand ($5,000)". As so modified, order insofar as appealed from affirmed, without costs. On the record before us, it is our opinion that an award of $5,000 as a counsel fee is adequate, particularly in view of the fact that respondent has been given leave to make a subsequent application to the trial court for an additional allowance. This court's fixation of the counsel fee at $5,000 is not intended to govern the trial court's discretion if such subsequent application shall be made. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.